**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BALFANZ, JAMES D.                           § Case No. 10-08437
                                                   §
                                                   §
Debtor(s)                                          §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Office of Court Clerk
    U.S. Bankruptcy Court
    219 S Dearborn
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/21/2015 in Courtroom 742, United States Courthouse, 219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/16/2014          By:  /s/ Richard J. Mason
                                                                                     Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BALFANZ, JAMES D. § Case No. 10-08437
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 29,730.13 |
| *and approved disbursements of* | $ 6,342.20 |
| *leaving a balance on hand of* [1] | $ 23,387.93 |
| **Balance on hand:** | $ 23,387.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 5S | Dyck-ONeal, Inc. | 16,000.00 | 0.00 | 0.00 | 0.00 |
| 5S-2 | Dyck-ONeal, Inc. | 16,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 23,387.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - RICHARD J. MASON | 3,723.01 | 0.00 | 3,723.01 |
| Accountant for Trustee, Fees - Horwich Coleman Levin, LLC | 4,500.00 | 4,500.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,723.01 |
| Remaining balance: | $ 19,664.92 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,664.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 19,664.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,089.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,605.15 | 0.00 | 5,817.18 |
| 2 | Chase Bank USA, N.A. | 5,675.12 | 0.00 | 3,836.45 |
| 3 | Chase Bank USA, N.A. | 10,290.75 | 0.00 | 6,956.66 |
| 4 | Chase Bank USA, N.A. | 4,518.61 | 0.00 | 3,054.63 |
| 5U | Dyck-ONeal, Inc. | 0.00 | 0.00 | 0.00 |
| 5U-2 | Dyck-ONeal, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 19,664.92
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
James D. Balfanz  
Debtor

Case No. 10-08437-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: pseamann | Page 1 of 2 | Date Rcvd: Dec 17, 2014 |
|---|---|---|---|
| | Form ID: pdf006 | Total Noticed: 27 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2014.

```
db              James D. Balfanz,   1034 Kingsport Dr.,   Wheeling, IL 60090-4476
15179815       +American Education Services,   P.O. Box 2461,   Harrisburg, PA 17105-2461
15179817       +Bank of America,   P.O. Box 5170,   Simi Valley, CA 93062-5170
15179816      #+Bank of America,   P.O. Box 10229,   Van Nuys, CA 91410-0229
15677532        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15179820       +Chase Home Finance,   P.O. Box 47020,   Attn: Hazard Insurance Department,
                 Doraville, GA 30362-0020
15179818        Chase Home Finance,   P.O. Box 9001871,   Louisville, KY 40290-1871
15179819        Chase Home Finance,   P.O. Box 24696,   Columbus, OH 43224-0696
15179821       +Chase Home Finance LLC,   P.O. Box 961227,   Fort Worth, TX 76161-0227
15179824        Chase/Cardmember Service,   P.O. Box 15298,   Wilmington, DE 19850-5298
15179823        Chase/Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
15179825       +Codilis & Associates P.C.,   15W030 N. Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
15179826       +Codilis & Associates, P.C.,   15W030 North Frontage Road,   Suite 100,
                 Willowbrook, IL 60527-6921
15179827      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial,   c/o Customer Service Correspondence,
                 P.O. Box 81577,   Austin, TX 78708-1577)
15179832       +Elizabeth A. Balfanz,   1034 Kingsport Dr.,   Wheeling, IL 60090-4476
15179834       +Home Depot,   P.O. Box 689147,   Des Moines, IA 50368
15179836       +JPMorgan Chase Bank, N.A.,   Home Equity and Consumer Lending,   1111 Polaris Parkway,
                 Columbus, OH 43240-2031
15179837       +Kingsport Properties LLC,   1034 Kingsport Dr,   Wheeling, IL 60090-4476
15179839       +Michael Balfanz,   1034 Kingsport Dr,   Wheeling, IL 60090-4476
15179840       +Michael Fine/Kevin Mortell,   131 South Dearborn Street, Floor 5,   Chicago, IL 60603-5517
15179841        Michael Fine/Kevin Mortell,   131 South Dearborn, Fifth Floor,   Chicago, IL 60603
15179842       +National Louis University,   1000 Capitol Dr,   Wheeling, IL 60090-7201
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15179829        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2014 00:53:29      Discover,   P.O. Box 6103,
                 Carol Stream, IL 60197-6103
15626203        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2014 00:53:29      Discover Bank,
                 DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
15179831        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2014 00:53:29      Discover Business Card,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
15179830        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2014 00:53:29      Discover Business Card,
                 P.O. Box 3023,   New Albany, OH 43054-3023
16648210       +E-mail/Text: lweidhaas@dyckoneal.com Dec 18 2014 00:49:17      Dyck-ONeal, Inc.,   PO Box 13370,
                 Arlington, TX 76094-0370
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15179822*      +Chase Home Finance, LLC,   P.O. Box 961227,   Fort Worth, TX 76161-0227
15179828*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,   P.O. Box 5292,   Carol Stream, IL 60197)
15179833*      +Elizabeth A. Balfanz,   1034 Kingsport Dr,   Wheeling, IL 60090-4476
15179838*      +Kingsport Properties, LLC,   1034 Kingsport Dr,   Wheeling, IL 60090-4476
15179844*      +Steven Levine,   1057 Kingsport Dr,   Wheeling, IL 60090-4477
15179835       ##Home Depot Credit Services,   P.O. Box 6925,   The Lakes, NV 88901-6925
15179843       ##Steven Levine,   1057 Kingsport Dr.,   Wheeling, IL 60090-4477
                                                                                   TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pseamann              Page 2 of 2              Date Rcvd: Dec 17, 2014
                              Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2014 at the address(es) listed below:
              Joel A Schechter, ESQ   on behalf of Debtor James D. Balfanz joelschechter@covad.net
              Joel P Fonferko   on behalf of Creditor    Chase Home Finance LLC ND-One@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul  Catanese    on behalf of Trustee Richard J Mason pcatanese@mcguirewoods.com,
               docket@mcguirewoods.com
              Richard J Mason    on behalf of Trustee Richard J Mason rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    rmason@mcguirewoods.com,  IL54@ecfcbis.com
                                                                                             TOTAL: 6
```