**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BALFANZ, JAMES D.                         § Case No. 10-08437-DAC
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $384,790.00                    Assets Exempt: $57,994.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,664.92      Claims Discharged
                                                 Without Payment: $9,424.71

Total Expenses of Administration: $10,065.21

---

   3) Total gross receipts of $   29,730.13   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $29,730.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $32,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,065.21 | 10,065.21 | 10,065.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 125,146.39 | 29,089.63 | 19,664.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $167,211.60 | $39,154.84 | $29,730.13 |

4) This case was originally filed under Chapter 7 on February 27, 2010. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2015          By: /s/RICHARD J. MASON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Kingsport Properties, LLC (50% interest) | 1129-000 | 9,723.02 |
| interest in estate of Robert Balfanz, Stateline, | 1129-000 | 20,000.00 |
| Interest Income | 1270-000 | 7.11 |
| **TOTAL GROSS RECEIPTS** | | **$29,730.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Dyck-ONeal, Inc. | 4110-000 | N/A | 16,000.00 | 0.00 | 0.00 |
| 5S-2 | Dyck-ONeal, Inc. | 4110-000 | N/A | 16,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$32,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 3,723.01 | 3,723.01 | 3,723.01 |
| Horwich Coleman Levin, LLC | 3410-000 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, LTD | 2300-000 | N/A | 15.06 | 15.06 | 15.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.12 | 30.12 | 30.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.65 | 39.65 | 39.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.66 | 43.66 | 43.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.84 | 40.84 | 40.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.36 | 43.36 | 43.36 |
| International Sureties, LTD. | 2300-000 | N/A | 216.14 | 216.14 | 216.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.98 | 38.98 | 38.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.03 | 40.03 | 40.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.62 | 38.62 | 38.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.86 | 43.86 | 43.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.45 | 38.45 | 38.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.35 | 42.35 | 42.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.94 | 40.94 | 40.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.90 | 36.90 | 36.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.40 | 43.40 | 43.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.37 | 39.37 | 39.37 |
| Rabobank, N.A. | 2600-000 | N/A | 25.67 | 25.67 | 25.67 |
| Rabobank, N.A. | 2600-000 | N/A | 44.74 | 44.74 | 44.74 |
| International Sureties, LTD. | 2300-000 | N/A | 119.10 | 119.10 | 119.10 |
| Rabobank, N.A. | 2600-000 | N/A | 38.69 | 38.69 | 38.69 |
| Rabobank, N.A. | 2600-000 | N/A | 39.86 | 39.86 | 39.86 |
| Rabobank, N.A. | 2600-000 | N/A | 43.92 | 43.92 | 43.92 |
| Rabobank, N.A. | 2600-000 | N/A | 42.48 | 42.48 | 42.48 |
| Rabobank, N.A. | 2600-000 | N/A | 38.31 | 38.31 | 38.31 |
| Rabobank, N.A. | 2600-000 | N/A | 45.10 | 45.10 | 45.10 |
| Rabobank, N.A. | 2600-000 | N/A | 40.93 | 40.93 | 40.93 |
| Rabobank, N.A. | 2600-000 | N/A | 39.51 | 39.51 | 39.51 |
| Rabobank, N.A. | 2600-000 | N/A | 44.90 | 44.90 | 44.90 |
| Rabobank, N.A. | 2600-000 | N/A | 38.03 | 38.03 | 38.03 |
| Rabobank, N.A. | 2600-000 | N/A | 44.77 | 44.77 | 44.77 |
| Rabobank, N.A. | 2600-000 | N/A | 35.30 | 35.30 | 35.30 |
| International Sureties, LTD. | 2300-000 | N/A | 20.83 | 20.83 | 20.83 |
| Rabobank, N.A. | 2600-000 | N/A | 31.83 | 31.83 | 31.83 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 32.90 | 32.90 | 32.90 |
| Rabobank, N.A. | 2600-000 | N/A | 36.25 | 36.25 | 36.25 |
| Rabobank, N.A. | 2600-000 | N/A | 33.93 | 33.93 | 33.93 |
| Rabobank, N.A. | 2600-000 | N/A | 32.75 | 32.75 | 32.75 |
| Rabobank, N.A. | 2600-000 | N/A | 37.22 | 37.22 | 37.22 |
| Rabobank, N.A. | 2600-000 | N/A | 32.65 | 32.65 | 32.65 |
| Rabobank, N.A. | 2600-000 | N/A | 35.99 | 35.99 | 35.99 |
| Rabobank, N.A. | 2600-000 | N/A | 34.81 | 34.81 | 34.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,065.21 | $10,065.21 | $10,065.21 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 8,605.15 | 8,605.15 | 5,817.18 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,675.12 | 5,675.12 | 3,836.45 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 10,290.75 | 10,290.75 | 6,956.66 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,518.61 | 4,518.61 | 3,054.63 |
| 5U | Dyck-ONeal, Inc. | 7100-000 | N/A | 48,028.38 | 0.00 | 0.00 |
| 5U-2 | Dyck-ONeal, Inc. | 7100-000 | N/A | 48,028.38 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $125,146.39 | $29,089.63 | $19,664.92 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-08437-DAC  
**Case Name:** BALFANZ, JAMES D.  

**Period Ending:** 05/06/15

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 02/27/10 (f)  
**§341(a) Meeting Date:** 04/16/10  
**Claims Bar Date:** 08/19/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   1034 Kingsport, Wheeling, IL 60090<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 300,000.00 | 143,000.00 | | 0.00 | FA |
| 2   1912 School Street, Rockford, IL 61101, property<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 3   9238 Hartwell Street, Detroit, MI 48228, propert<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 4   Harris Bank-checking xxxxxx3995<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5   Harris Bank-savings xxxxxx4002 monies on deposit<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 34,396.00 | 34,396.00 | | 0.00 | FA |
| 6   Chase Bank-checking xxxxxx3193 monies on deposit<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 7   7 couches, 2 chairs, dining room table and 4 cha<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 500.00 | | 0.00 | FA |
| 8   miscellaneous books, pictures<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 9   Necessary wearing apparel<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10  fishing equipment<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 11  homeowners' insurance<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12  health insurance-through employment | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-08437-DAC  
**Case Name:** BALFANZ, JAMES D.

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 02/27/10 (f)  
**§341(a) Meeting Date:** 04/16/10

**Period Ending:** 05/06/15

**Claims Bar Date:** 08/19/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 life insurance-whole life<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 term life insurance through employer and union<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 IRA--T.Rowe Price Funds, Baltimore, MD<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 34,094.00 | 0.00 | | 0.00 | FA |
| 16 Kingsport Properties, LLC (50% interest)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 9,723.02 | FA |
| 17 interest in estate of Robert Balfanz, Stateline,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 18 2007 Toyota Yaris<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 600.00 | | 0.00 | FA |
| 19 1999 Ford Explorer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 20 2005 Tracker 17' fishing boat with motor<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| Int    INTEREST (u) | Unknown | N/A | | 7.11 | Unknown |
| 21    Assets    Totals (Excluding unknown values) | $404,790.00 | $204,796.00 | | $29,730.13 | $0.00 |

**Major Activities Affecting Case Closing:**

We will submit the TDR by 5/1/15.

We will submit the TDR by 5/1/15.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-08437-DAC  
**Case Name:** BALFANZ, JAMES D.

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 02/27/10 (f)  
**§341(a) Meeting Date:** 04/16/10

**Period Ending:** 05/06/15

**Claims Bar Date:** 08/19/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** December 16, 2014

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** 10-08437-DAC | **Trustee:** | RICHARD J. MASON (330470) |
| **Case Name:** BALFANZ, JAMES D. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | ***-*****47-65 - Money Market Account |
| **Taxpayer ID #:** **-***2513 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** 05/06/15 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/23/10 | {17} | The Estate of Robert D. Balfanz | Debtor received money from brother's estate. | 1129-000 | 20,000.00 | | 20,000.00 |
| 04/30/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 20,000.06 |
| 05/28/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.76 | | 20,000.82 |
| 06/03/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.13 | | 20,000.95 |
| 06/03/10 | | Wire out to BNYM account **********4765 | Wire out to BNYM account **********4765 | 9999-000 | -20,000.95 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -20,000.95 | 0.00 | |
| **Subtotal** | 20,000.95 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,000.95** | **$0.00** | |

{} Asset reference(s)

Printed: 05/06/2015 12:04 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-08437-DAC | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | BALFANZ, JAMES D. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******47-65 - Checking Account |
| Taxpayer ID #: | **-***2513 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/06/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/03/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4765 | Wire in from JPMorgan Chase Bank, N.A. account ********4765 | 9999-000 | 20,000.95 | | 20,000.95 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.07 | | 20,002.02 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 20,003.21 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 20,004.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,004.56 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,004.72 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,004.88 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,005.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,005.20 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,005.35 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,005.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,005.67 |
| 05/05/11 | 11001 | International Sureties, LTD | Bond # 016026455 | 2300-000 | | 15.06 | 19,990.61 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,990.77 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,990.93 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,991.09 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,991.25 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,991.41 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.12 | 19,961.29 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,961.45 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.65 | 19,921.80 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,921.96 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.66 | 19,878.30 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,878.46 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.84 | 19,837.62 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,837.78 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.36 | 19,794.42 |
| 02/09/12 | 11002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-08437<br>Voided on 02/09/12 | 2300-000 | | ! 220.34 | 19,574.08 |
| 02/09/12 | 11002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-08437<br>Voided: check issued on 02/09/12 | 2300-000 | | ! -220.34 | 19,794.42 |
| 02/09/12 | 11003 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 216.14 | 19,578.28 |

Subtotals :     $20,007.11     $428.83

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 05/06/2015 12:04 PM     V.13.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-08437-DAC  
**Case Name:** BALFANZ, JAMES D.  

**Taxpayer ID #:** **-***2513  
**Period Ending:** 05/06/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******47-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/09/2012 FOR CASE #10-08437, Bond #016026455 | | | | |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.98 | 19,539.30 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.03 | 19,499.27 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.62 | 19,460.65 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.86 | 19,416.79 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.45 | 19,378.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.35 | 19,335.99 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.94 | 19,295.05 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.90 | 19,258.15 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.40 | 19,214.75 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.37 | 19,175.38 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 19,175.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,007.11 | 20,007.11 | $0.00 |
| | | | Less: Bank Transfers | | 20,000.95 | 19,175.38 | |
| | | | **Subtotal** | | 6.16 | 831.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.16** | **$831.73** | |

{} Asset reference(s)            Printed: 05/06/2015 12:04 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-08437-DAC  
**Case Name:** BALFANZ, JAMES D.  
**Taxpayer ID #:** **-***2513  
**Period Ending:** 05/06/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 19,175.38 | | 19,175.38 |
| 12/28/12 | {16} | James D. Balfanz | Business Checking Account | 1129-000 | 9,723.02 | | 28,898.40 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.67 | 28,872.73 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.74 | 28,827.99 |
| 02/21/13 | 21004 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #10-08437, Bond #016026455 | 2300-000 | | 119.10 | 28,708.89 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.69 | 28,670.20 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.86 | 28,630.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.92 | 28,586.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.48 | 28,543.94 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.31 | 28,505.63 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.10 | 28,460.53 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.93 | 28,419.60 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.51 | 28,380.09 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.90 | 28,335.19 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.03 | 28,297.16 |
| 12/23/13 | 21005 | Horwich Coleman Levin, LLC | Payment for preparing tax returns | 3410-000 | | 4,500.00 | 23,797.16 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.77 | 23,752.39 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.30 | 23,717.09 |
| 02/27/14 | 21006 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #10-08437, Bond # 016026455 | 2300-000 | | 20.83 | 23,696.26 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.83 | 23,664.43 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.90 | 23,631.53 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.25 | 23,595.28 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.93 | 23,561.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.75 | 23,528.60 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.22 | 23,491.38 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.65 | 23,458.73 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.99 | 23,422.74 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.81 | 23,387.93 |
| 01/26/15 | 21007 | RICHARD J. MASON | Dividend paid 100.00% on $3,723.01, Trustee Compensation;  Reference: | 2100-000 | | 3,723.01 | 19,664.92 |
| 01/26/15 | 21008 | Discover Bank | Dividend paid  67.60% on $8,605.15; Claim# 1; Filed: $8,605.15; Reference: | 7100-000 | | 5,817.18 | 13,847.74 |

Subtotals :          $28,898.40          $15,050.66

{} Asset reference(s)

Printed: 05/06/2015 12:04 PM     V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-08437-DAC  
**Case Name:** BALFANZ, JAMES D.  

**Taxpayer ID #:** **-***2513  
**Period Ending:** 05/06/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/15 | 21009 | Chase Bank USA, N.A. | Dividend paid 67.60% on $5,675.12; Claim# 2; Filed: $5,675.12; Reference: | 7100-000 | | 3,836.45 | 10,011.29 |
| 01/26/15 | 21010 | Chase Bank USA, N.A. | Dividend paid 67.60% on $10,290.75; Claim# 3; Filed: $10,290.75; Reference: | 7100-000 | | 6,956.66 | 3,054.63 |
| 01/26/15 | 21011 | Chase Bank USA, N.A. | Dividend paid 67.60% on $4,518.61; Claim# 4; Filed: $4,518.61; Reference: | 7100-000 | | 3,054.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,898.40 | 28,898.40 | $0.00 |
| | | | Less: Bank Transfers | | 19,175.38 | 0.00 | |
| | | | **Subtotal** | | 9,723.02 | 28,898.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,723.02** | **$28,898.40** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****47-65** | 20,000.95 | 0.00 | 0.00 |
| **Checking # ****-******47-65** | 6.16 | 831.73 | 0.00 |
| **Checking # ******7166** | 9,723.02 | 28,898.40 | 0.00 |
| | **$29,730.13** | **$29,730.13** | **$0.00** |

{} Asset reference(s)

Printed: 05/06/2015 12:04 PM    V.13.23